

**FILED**

JUN 0 1 2018

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| RYAN COMSTOCK and JENNA COMSTOCK, | No. CV 17-118-H-SEH |
| Plaintiffs, | |
| vs. | **ORDER** |
| MCNEIL & MEYERS ASSET MANAGEMENT GROUP, LLC, | |
| Defendant. | |

On May 29, 2018, the Court conducted a hearing on its previously issued Order to Show Cause.[1] On June 1, 2018, Plaintiffs filed Proof of Service showing that service of a summons was appropriately served upon Defendant McNeil & Meyers Asset Management Group, LLC.

---

[1] Doc. 4.

ORDERED:

The Order to Show Cause is DISCHARGED.

DATED this _1st_ day of June, 2018.

_Sam E. Haddon_
SAM E. HADDON
United States District Judge