IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED

JUL 10 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| RYAN COMSTOCK and JENNA COMSTOCK,<br><br>Plaintiffs,<br><br>vs.<br><br>MCNEIL & MEYERS ASSET MANAGEMENT GROUP, LLC,<br><br>Defendant. | No. CV 17-118-H-SEH<br><br>ORDER |

The Complaint in this case was filed on December 28, 2017.[1] Summons was issued on the same date.[2] A Proof of Service showing service of a subpoena, with Summons attached, was filed on May 7, 2018.[3] On May 29, 2018, following hearing, counsel was granted to June 8, 2018, to effect service of the Summons on Defendant.

---

[1] Doc. 1.

[2] Doc. 2.

[3] Doc. 3.

On June 1, 2018, Proof of Service of Summons was filed showing service of process on Defendant on May 31, 2018. As of the date of this Order, no answer has been filed by Defendant and no other appearance on behalf of Defendant has been made.

ORDERED:

On or before July 18, 2018, Plaintiff shall either move for default of Defendant or dismiss the case.

DATED this 10th day of July, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge