IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED

JUL 26 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| RYAN COMSTOCK and JENNA COMSTOCK,<br><br>Plaintiffs,<br><br>vs.<br><br>MCNEIL & MEYERS ASSET MANAGEMENT GROUP, LLC,<br><br>Defendant. | No. CV 17-118-H-SEH<br><br>ORDER |

On July 26, 2018, the Court conducted a hearing on Plaintiffs' Fed. R. Civ. P. 55(b)(2) application.

Upon the record made in open court,

ORDERED:

1. Plaintiffs shall file a brief on or before 4:45 p.m. on August 10, 2018, addressing Plaintiffs' claims of entitlement to: (1) statutory damages of $1,000, under 15 U.S.C. § 1692k(a)(2)(A) (2018); (2) attorneys' fees and costs under 15

U.S.C. § 1692k(a)(3) and Mont. Code Ann. § 30-14-133(3); and (3) treble damages under Mont. Code Ann. § 30-14-133(1).

2. Plaintiffs shall submit a proposed form of judgment incorporating the amounts of damages claimed on or before 4:45 p.m. on August 10, 2018.

DATED this 26th day of July, 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge