**FILED**

AUG 2 4 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| RYAN COMSTOCK and JENNA COMSTOCK,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MCNEIL & MEYERS ASSET MANAGEMENT GROUP, LLC,<br><br>                    Defendant. | No. CV 17-118-H-SEH<br><br><br>**ORDER** |

The Court's order of July 26, 2018, provided that "Plaintiffs shall submit a proposed form of judgment incorporating the amounts of damages claimed on or before 4:45 p.m. on August 10, 2018."[1] No proposed form of judgment has been filed.

ORDERED:

1.  Plaintiffs shall submit a proposed form of judgment on or before 4:45

---

[1] Doc. 13 at 2.

p.m. on August 29, 2018.

DATED this **24**$^{th}$ day of August, 2018.

SAM E. HADDON
United States District Judge