UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RYAN COMSTOCK and JENNA COMSTOCK,<br><br>Plaintiff,<br><br>vs.<br><br>MCNEIL & MEYERS ASSET MANAGEMENT GROUP, LLC.,<br><br>Defendant. | Case No. CV-17-118-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered against the Defendant for the sum certain of: (1) statutory damages under 15 U.S.C. § 1692k(a)(2)(A) of $2,000; treble damages of $32,247; and (3) attorneys' fees of $2,480. No attorneys' fees attributable to the 1.10 hours expended in unwarranted service of process related activities allowed.

Dated this 31st day of August, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Julie Collins
Julie Collins, Deputy Clerk